IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOBRILLIANCE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> PANASONIC CORPORATION OF NORTH AMERICA, <br><br> *Defendant*. | § § § § § § § § § § § § § CIVIL ACTION NO. 2:24-CV-00486-JRG |

## ORDER

Before the Court is the Unopposed Motion to Stay Case (the "Motion") filed by Plaintiff InnoBrilliance, LLC (Dkt. No. 6). In the Motion, Plaintiff represents that the parties have reached an agreement in principle and are preparing a settlement agreement. (*Id*. at 1.) The parties request a stay of thirty (30) days. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days, up to and including September 6, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 8th day of August, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE